# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GLEN WILLOW PROPERTIES, LLC | : | No. 94 MM 2017 |
| | : | |
| v. | : | |
| | : | |
| INDUSTRIAL ORCHARDS LAND ASSOCIATES, LP AND MAHMOOD CHOUDHURY D/B/A INDUSTRIAL ORCHARDS LAND ASSOCIATES, LP | : | |
| ----------------------------------------------------------- | : | |
| ORCHARDS INDUSTRIAL LAND ASSOCIATES, L.P. | : | |
| | : | |
| v. | : | |
| | : | |
| GLEN WILLOW PROPERTIES, LLC | : | |
| ------------------------------------------------ | : | |
| ORCHARDS INDUSTRIAL LAND ASSOCIATES, L.P. | : | |
| | : | |
| v. | : | |
| | : | |
| JPMORGAN CHASE BANK, N.A. | : | |
| | : | |
| v. | : | |
| | : | |
| GLEN WILLOW PROPERTIES, LLC | : | |
| | : | |
| CROSS PETITION OF: JP MORGAN CHASE BANK, N.A. | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of July, 2017, the Petition for Leave to File Cross-Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.